IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR55 |
| | § | Judge Mazzant |
| ESWIN DANIEL BALAN AVILA (8) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Eswin Daniel Balan Avila**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

JOSEPH D. BROWN
United States Attorney

*/s/ Jay R. Combs*
JAY R. COMBS
Assistant United States Attorney
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
jay.combs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on the 9th day of July, 2019.

*/s/ Jay R. Combs*
JAY R. COMBS
Assistant United States Attorney