IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   No. 4:18-CR-00055 |
| | § |
| ESWIN DANIEL BALAN AVILA (8) | § |

**<u>FINAL ORDER OF FORFEITURE</u>**

On July 17, 2019, the defendant, **Eswin Daniel Balan Avila**, entered into a plea agreement with the United States and pled guilty to Count One of the Indictment, which charged a violation of 21 U.S.C. § 963, Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing and with Reasonable Cause to Believe that the Cocaine Will Be Unlawfully Imported into the United states.  The United States has filed a motion for $1,000,000.00 in United States currency.  Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Accordingly, the Court orders that the defendant forfeit to the United States the sum of $1,000,000.00 pursuant to 21 U.S.C. §§ 853, 970.  Pursuant to Fed. R. Crim. P. 32.2(b)(3), this order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  The United States may, at any time, pursuant to Fed. R. Crim. P. 32.2(e), move to amend this order to substitute property to satisfy the cash proceeds in the amount of $1,000,000.00 in

whole or in part.

   IT IS SO ORDERED.

  **SIGNED this 3rd day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE